No. 78-6170. GIVENS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 78-6171. VALENTINE *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 78-6174. BURNS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 78-6175. MASON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 78-6180. PENNINGTON *v.* LOUISVILLE GAS & ELECTRIC Co. ET AL. C. A. 6th Cir. Certiorari denied.

No. 78-6184. RUTH *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 78-6185. BURKS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 78-6188. CUDJO *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 78-6190. DELESPINE *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 78-6191. COONAN *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 78-6192. WOOD *v.* JEFFES, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 78-6193. SEDILLO *v.* ROMERO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.